No. 387. BANTEL ET AL. *v.* BROWNELL, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George Eric Rosden* for petitioners. *Solicitor General Rankin, Assistant Attorney General Townsend, James D. Hill, George B. Searls* and *Irwin A. Seibel* for respondents.

No. 389. MORGANTOWN GLASSWARE GUILD, INC., *v.* HUMPHREY, SECRETARY OF THE TREASURY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Roy St. Lewis* and *Carl L. Shipley* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondent.

No. 21, Misc. KOZICKY ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank A. Gulotta* for respondent.

No. 45, Misc. WALEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 69, Misc. CAWLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Paul Y. Cunningham* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 85, Misc. YATES *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.